CHEMFREE CORPORATION,
Plaintiff–Appellant,

v.

J. WALTER, INC. and J. Walter
Company, Ltd., Defendants–
Appellees.

No. 2011–1496.

United States Court of Appeals,
Federal Circuit.

March 13, 2012.

William A. Capp, Duane Morris LLP, of Atlanta, GA, argued for plaintiff-appellant.

Stephen M. Schaetzel, McKeon, Meunier, Carlin & Curfman, of Atlanta, GA, argued for defendants-appellees. With him on the brief were Anthony B. Askew; and Robin L. Gentry, of Decatur, GA. Of Counsel was John W. Harbin and Charles A. Pannell, III, King & Spaulding, LLP, of Atlanta, GA.

LINN, DYK, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.